UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CR. NO. 08-20604
v.        HONORABLE ROBERT H. CLELAND

DONALD WALKER,

        Defendant.
_____/

**ORDER ALLOWING COUNSEL TO
USE COMPUTER FOR REVIEW OF DISCOVERY WITH
DEFENDANT DONALD WALKER**

**IT IS HEREBY ORDERED** that attorney Rafael C. Villarruel shall be allowed to use his laptop computer and review discovery discs that have been produced by the Government in this case, when he consults with Defendant Donald Walker at the St. Clair County Jail;

**IT IS FURTHER ORDERED** that the notice of this order shall be accomplished by forwarding this order to the St. Clair County Sheriff and/or any other personnel the Sheriff designates defense counsel to provide notice of this order.

**SO ORDERED.**

                          S/Robert H. Cleland
                          ROBERT H. CLELAND
                          UNITED STATES DISTRICT JUDGE

Dated: December 9, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 9, 2008, by electronic and/or ordinary mail.

                                              S/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522